UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMANDA LANGLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV01976 AGF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's application for reimbursement of attorney's fees in the amount of $3,577.60 (20.8 hours at an hourly rate of $172.00), pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A), as the prevailing party in this action. Plaintiff requests that award of fees be paid directly to his attorney, if the fees are not used to satisfy an outstanding debt. The Commissioner states that he does not object to the award of fees in the amount requested, but that the fees are properly payable to Plaintiff.

The Court finds that Plaintiff is entitled to an award of fees and that the amount requested is reasonable and supported by appropriate documentation. Under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the fee award is payable to Plaintiff, rather than to his attorney.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's application for attorney's fees is **GRANTED** in the amount of $3,577.60.  (Doc. No. 21.)

**IT IS FURTHER ORDERED** that said award shall be made payable to Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 13th day of August, 2012.